# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROY KAFFERTY PUGHSLEY )<br>(#2022-0310002), )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>COOK COUNTY DEPARTMENT OF )<br>CORRECTIONS, et al., )<br>)<br>    Defendants. ) | No. 22-cv-02595<br><br>Judge Andrea R. Wood |

## ORDER

Plaintiff's "motion to submit to the forensics department" [8] relating to his "undergarment" is denied. Clerk's Office staff reports that the envelope with Plaintiff's motion included a "specimen" consisting of a piece of gauze. The Clerk of Court is directed to destroy the envelope and all its contents. Plaintiff is admonished that he may not submit any type of evidence to the Court. Any additional submissions of this type will be destroyed without a Court order and may lead to sanctions, including dismissal of this lawsuit. Plaintiff's amended complaint remains due August 26, 2022 [7].

Date: July 22, 2022

                                                                  Andrea R. Wood
                                                                  United States District Judge