# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROY KAFFERTY PUGHSLEY ) <br> (#2022-0310002), ) <br> ) <br> Plaintiff, ) <br> ) No. 22-cv-02595 <br> v. ) <br> ) Judge Andrea R. Wood <br> COOK COUNTY DEPARTMENT OF ) <br> CORRECTIONS, et al., ) <br> ) <br> Defendants. ) | |

## ORDER

By Order dated July 1, 2022 [7], the Court dismissed Plaintiff's complaint because it contained improperly joined claims but also gave Plaintiff permission to submit an amended complaint addressing the Court's concerns by August 26, 2022. In response, Plaintiff has filed documents titled "joinder of offenses and defendants/motion to submit an amended complaint" [10], "petition for writ of mandamus habeas corpus for certiorari" [11], "appendix" [12], "motion for emergency award compensation" [13], and "form of charges" [14]. Based on a review of those submissions, it appears that the requested relief is unnecessary given that the Court has already granted Plaintiff leave to amend his complaint. Accordingly, the requests in those submissions [10], [11], [12], [13], [14] are denied as procedurally improper or unnecessary. In light of the apparent misunderstanding of the Court's prior order, Plaintiff will be granted additional time to file a proper amended complaint. The deadline is extended to October 21, 2022. Failure to submit an amended complaint by October 21, 2022 that follows the instructions in the July 1, 2022 order [7] will lead to summary dismissal of this case.

Date: September 23, 2022

_____
Andrea R. Wood
United States District Judge